| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 7 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 11/8/07 10:12:59-10:19:10 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>11/8/07 | | NEW CASE ☐ | CASE NUMBER<br>4-07-70654-WDB |

### APPEARANCES

| DEFENDANT<br>ALDY ANTONIO | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Stephen Corrigan | | INTERPRETER<br>Dennis Castro (Tagalog Int.) | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Hence Williams & Rich Sarlatte | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS<br>7 Mins HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ TIMING OF DETENTION HRG WAIVED BY THE DEFT. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED NOV 8 - 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☒ TIMING OF DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>11/20/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: PRELIM. HRG. | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The parties are still negotiating re: terms & conditions of release of the deft. and checking whether the ICE detainer of the deft. can be lifted. The deft. waived the timing of his Detention Hrg. at this time. The deft's atty. will let this Court know as to when this matter shall be restored back on calendar for Detention Hrg. later.

cc: WDB's Stats, Pretrial

DOCUMENT NUMBER: