BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ALDY ANTONIO

FILED
JAN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ALDY ANTONIO,<br>Defendant. | No. 4 07 70654 WDB<br>STIPULATION AND ~~[PROPOSED]~~ ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

Aldy Antonio resides in Hercules, California. He is fully compliant with the terms of his release, one of which restricts his travel to the Northern District of California. Mr. Antonio has been providing in-home care services in Benicia, California, for Gary Matson for the past five months. Mr. Antonio is employed by Robert Matson, a psychologist and the brother of Gary Matson. Mr. Antonio wishes to continue his employment as an in-home care provider as it is his only source of income.

For these reasons, IT IS STIPULATED AND AGREED that Mr. Antonio's travel restriction be enlarged to include the Eastern District of California. He shall continue to abide by all existing conditions of his release, and such other conditions as Pretrial Services deems appropriate.

cc: WDB's Stats, Copy to Pretrial & financial, Copy to parties via ECF

Dated: January 8, 2008

/S/

STEPHEN G. CORRIGAN
Assistant United States Attorney

Date: January 7, 2008

/S/

JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: January 7, 2008

/S/

HENCE WILLIAMS
U.S. Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that the conditions of Aldy Antonio's pretrial release are modified to permit him to travel within the Northern and Eastern Districts of California. Mr. Antonio shall continue to abide by the existing conditions of his release. ~~, and by such other conditions as Pretrial Services deems appropriate.~~ WDB

Dated: January 10, 2008

WAYNE D. BRAZIL
United States Magistrate Judge