IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. CR-08-346-DLJ |
| v. | **CLERK'S NOTICE VACATING SUMMONSES ISSUED ON 5/27/08** |
| MERHDAD HAKIMIAN, ET AL | |
| Defendant. | |

Due to clerical error, summonses issued on 5/27/08 are vacated.

Arraignment or Preliminary Hearing originally scheduled for 6/2/2008 at 10:00 A.M. before Magistrate Judge Wayne D. Brazil remains in effect.

Date: 5/27/08                                          By: /s/ Glan Pierce

                                                                                             Deputy Clerk