AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

———————— DISTRICT OF ————————

FILED
JUN 2 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

v.

ALDY ANTONIO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 0346 DLJ

I, __Aldy Antonio__, the above named defendant, who is accused of Viol. of Title 18, U.S.C. Sec. 371 - Conspiracy to Commit Wire Fraud (Count 1) and Title 18, U.S.C. Sec. 1343 - Wire Fraud (Count 2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/2/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____  6-2-08
       Judicial Officer