UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter: DIANE SKILLMAN**

**Plaintiff:**  United States

**v.**                                                                                             **No.** CR-08-00346-DLJ

**Defendant:** Merhdad Hakimian [present; not in custody]
              aka Tony Hakimian

              Emma DeGuzman [present, not in custody]
              Aldy Antonio [present, not in custody; **Tagalog Interpreter**]
              Bobby Guinto [present; not in custody]


**Appearances for AUSA:** Stephen Corrigan


**Appearances for Defendant:**  Def Hakimian:  William Osterhoudt
                               Def DeGuzman: Danny Schulte for Zenia Gilg
                               Def Antonio : Jerome Matthews
                               Def Guinto : Sara Rief for Stuart Hanlon


**Interpreter:** <u>Dennis Castro- Tagalog Interpreter</u>


**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
SETTING/STAT                         -HELD

 Notes:

**Case Continued to**   8/1/08 AT 9:00AM              for   STATUS

**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**
**Case Continued to**                   for Pretrial Conference
**Case Continued to**           for             Trial

**Excludable Delay: Category: Begins:  6/20/08       Ends:  8/1/08**