UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  August 1, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

v.                                                              **No.** CR-08-00346-DLJ

**Defendant:** Merhdad Hakimian aka Tony Hakimian [present; not in custody]
Emma Deguzman [present; not in custody]
Aldy Antonion [present; not in custody; Tagalog Interpreter]
Bobby Guinto [present; not in custody]

**Appearances for AUSA:** Stephen Corrigan

**Appearances for Defendant:** Def Hakimian- Zenia Gilg for William Osterhoudt
Def Deguzman- Zenia Gilg
Def Antonio- Jerome Matthews
Def Guinto- Heather Hardwick for Stuart Hanlon

**Interpreter:** Karenina Castro-Tagalog Interpreter

**Probation Officer:**

**Reason for Hearing:**          **Ruling:**
STATUS                            -HELD

**Notes:**

**Case Continued to**   9/19/08 AT 9:00AM    for STATUS

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:
**Case Continued to**                    for Pretrial Conference
**Case Continued to**           for           Trial

**Excludable Delay: Category: Begins:**   8/1/08    **Ends:** 9/19/08