BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant ALDY ANTONIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR- 08-00346 DLJ  [WDB] |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER DIRECTING CLERK OF COURT |
| vs. | ) | TO RELEASE PASSPORT |
| | ) | |
| ALDY ANTONIO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Aldy Antonio, with the cooperation of the Department of Immigration and Customs Enforcement ("ICE"), is seeking to obtain a work permit that would allow him legally to seek employment in the United States.  ICE requires that Mr. Antonio submit biometric information, along with photographic identification, in order to obtain the permit.  The only photographic information Mr. Antonio has is his Philippines passport, and he surrendered his passport to the Clerk of the Court as a condition of his release.  Mr. Antonio is fully compliant with the terms of his release.

     For these reasons, IT IS STIPULATED AND AGREED that the Clerk of the Court may release Mr. Antonio's passport for the purposes of obtaining a work permit from ICE.  Mr. Antonio shall surrender his passport immediately upon learning from ICE that it is no longer

1  needed in connection with his work permit application.  Mr. Antonio shall continue to abide by
2  all existing conditions of his release, and such other conditions as Pretrial Services deems
3  appropriate.

5  Dated: January 30, 2009                              /s/
                                                STEPHEN G. CORRIGAN
6                                               Assistant United States Attorney

8  Date: January 30, 2009                               /s/
                                                JEROME E. MATTHEWS
9                                               Assistant Federal Public Defender

11 Dated: January 30, 2009                              /s/
                                                HENCE WILLIAMS
12                                              U.S. Pretrial Services Officer

14      Good cause appearing therefor, IT IS ORDERED that the Clerk of the Court release Mr.
15 Antonio's passport for the purposes of obtaining a work permit from ICE.  Mr. Antonio shall
16 surrender his passport immediately upon learning from ICE that it is no longer needed in
17 connection with his work permit application.  Mr. Antonio shall continue to abide by all existing
18 conditions of his release, and such other conditions as Pretrial Services deems appropriate.

20 Dated:   January 30, 2009                     _____
                                                WAYNE D. BRAZIL
21                                              United States Magistrate Judge

CR-08-00346 DLJ [WDB]
STIP & [PROPOSED] ORDER                         2