JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     stephen.corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00346 DLJ |
| ) | |
| Plaintiff, ) | JOINT MOTION TO CONTINUE |
| ) | SENTENCING AND  ORDER |
| v. ) | |
| ) | |
| ALDY ANTONIO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     Plaintiff, United States of America, and the defendant, Aldy Antonio, through counsel of record, and with the knowledge and consent of U.S. Probation Officer Charles W. Mabie, jointly move to continue the sentencing date of defendant Antonio from October 30, 2009 at 10:00 a.m. to January 15, 2010 at 10:00 a.m.  The parties move for the continuance to

//

//

//

//

JOINT MOTION TO CONTINUE SENTENCING
No. CR-08-00346 DLJ

1  //

2  grant defendant Antonio the opportunity to fully satisfy all conditions of his plea agreement.

3

4
DATED: October 26, 2009

5

6

7                                            /s/
                           STEPHEN G. CORRIGAN

8                             Assistant United States Attorney

9

10

11                                            /s/
JEROME MATTHEWS
Attorney for Aldy Antonio

12

13
**SO ORDERED:**

14

15
DATED: October 27, 2009

16                             HON. D. LOWELL JENSEN
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO CONTINUE SENTENCING
No. CR-08-00346 DLJ