1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant ALDY ANTONIO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR-08 00346 DLJ
                                      )
12 |              Plaintiff,           )   STIPULATION AND ORDER
                                      )   CONTINUING SENTENCING HEARING
13 | vs.                               )
                                      )
14 | ALDY ANTONIO,                     )
                                      )
15 |              Defendant.           )
   |_____)
16

17
       This matter presently is set for a sentencing hearing on March 19, 2010. Prior to
18
   sentencing, defense counsel would like to resolve a number of immigration issues that Mr.
19
   Antonio may face as a result of his plea, as well as prepare a full and fair presentation of Mr.
20
   Antonio's fulfillment of the terms of his plea agreement.
21
       In light of the foregoing, IT IS STIPULATED AND AGREED that the sentencing
22
   hearing in this case may be continued to April 9, 2010.
23

24

25

26


   STIP/ORD                              1

1
2  Dated: March 12, 2010                                             /S/
3                                                         STEPHEN G. CORRIGAN
                                                          Assistant United States Attorney
4
5  Dated: March 12, 2010                                             /S/
                                                          JEROME E. MATTHEWS
6                                                         Assistant Federal Public Defender
7
8                                  SIGNATURE ATTESTATION

9   I hereby attest that I have on file all holograph signatures for any signatures indicated by
10  a "conformed" signature (/S/) within this e-filed document.
11
12
13
14
                                              ORDER
15
16   Good cause appearing therefor, IT IS ORDERED that the sentencing hearing in this
17  matter is CONTINUED to April 9, 2010 at 10:00 a.m.
18
19
20  Dated: March 12, 2010                          _____
                                                          D. LOWELL JENSEN
21                                                        United States District Judge
22
23
24
25
26

STIP/ORD                                          2