BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ALDY ANTONIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ALDY ANTONIO,<br>Defendant. | No. CR-08 00346 DLJ<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING |

This matter presently is set for a sentencing hearing on March 19, 2010. Prior to sentencing, defense counsel would like to resolve a number of immigration issues that Mr. Antonio may face as a result of his plea, as well as prepare a full and fair presentation of Mr. Antonio's fulfillment of the terms of his plea agreement.

In light of the foregoing, IT IS STIPULATED AND AGREED that the sentencing hearing in this case may be continued to April 9, 2010.

Dated: March 12, 2010

__________/S/_______________
STEPHEN G. CORRIGAN
Assistant United States Attorney

Dated: March 12, 2010

_________/S/____________
JEROME E. MATTHEWS
Assistant Federal Public Defender

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

ORDER

Good cause appearing therefor, IT IS ORDERED that the sentencing hearing in this matter is CONTINUED to April 9, 2010 at 10:00 a.m.

Dated: March 12, 2010

___________________________
D. LOWELL JENSEN
United States District Judge