1 | BARRY J. PORTMAN
Federal Public Defender
2 | JEROME E. MATTHEWS
Assistant Federal Public Defender
3 | 555 - 12th Street
Suite 650
4 | Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ALDY ANTONIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08 00346 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND **ORDER** CONTINUING SENTENCING HEARING |
| vs. | ) | |
| ALDY ANTONIO, | ) | |
| Defendant. | ) | |

This matter presently is set for a sentencing hearing on April 9, 2010. Prior to sentencing, defense counsel would like to resolve a number of immigration issues that Mr. Antonio may face as a result of his plea, as well as prepare a full and fair presentation of Mr. Antonio's fulfillment of the terms of his plea agreement. In addition, defense counsel recently learned that he has family obligations that will require his attention on April 9, 2010.

In light of the foregoing, IT IS STIPULATED AND AGREED that the sentencing hearing in this case may be continued to April 30, 2010. The probation officer confirms that he is available on that date.

STIP/ORD                                                         1

Dated: March 30, 2010

/S/
_____
STEPHEN G. CORRIGAN
Assistant United States Attorney

Dated: March 30, 2010

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.      /S/ JEROME E. MATTHEWS

Good cause appearing therefor, IT IS ORDERED that the sentencing hearing in this matter is CONTINUED to April 30, 2010 at 10:00 a.m.

Dated:  April 2, 2010

_____
D. LOWELL JENSEN
United States District Judge